UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CONOR RYAN BRODERICK,

    Plaintiff,

v.                                                 CASE NO. 5:17cv203-MCR-GRJ

WESLEY COLESON, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 14, 2019. ECF No. 76. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' Motion for Summary Judgment, ECF No. 52, is GRANTED.

3. The clerk of court is directed to enter judgment in Defendants' favor and close this case.

**DONE AND ORDERED** this 23rd day of April 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**